USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARK SWARTZ,

                      Plaintiff,

-against-

TYCO INTERNATIONAL LTD.,
                    Defendant.
-----------------------------------------------------------X

12 CIVIL 4060 (TPG)

**JUDGMENT**

Tyco having moved to dismiss Swartz's complaint in the new action on the ground that the claims were required to be brought as compulsory counterclaims in the Tyco action but were not, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on October 22, 2012, having rendered its Opinion granting the motion, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated October 22, 2012, the motion is granted.

**Dated:** New York, New York
         October 23, 2012

                                            **RUBY J. KRAJICK**
                                              Clerk of Court
          BY:

                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____