UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK SWARTZ,

                Plaintiff,

-against-

TYCO INTERNATIONAL LTD.,

                Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2014
```

12 CIVIL 4060 (TPG)

**JUDGMENT**

      Whereas on October 22, 2012, the Court having granted Tyco's motion to dismiss the complaint, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on February 14, 2014, having rendered its Order directing the Clerk's Office to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 14, 2014, Tyco's motion to dismiss the complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
          February 25, 2014

                              **RUBY J. KRAJICK**

                              _____
                              Clerk of Court
              BY:
                              _____
                              Deputy Clerk

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON _____